LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 224
Sacramento, California 95814
Telephone: (916) 441-4540

Attorney for Defendant
HUGO RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>            Plaintiff,       )<br>                             )<br>       v.                    )<br>                             )<br>                             )<br>HUGO RAMIREZ, et al.         )<br>                             )<br>            Defendants.      )<br>_____) | No. Cr. S-05-0090 WBS<br><br>STIPULATED BRIEFING SCHEDULE AND [PROPOSED] ORDER AND EXCLUSION OF TIME |

The United States of America, through Assistant U.S. Attorney Matthew D. Segal, defendant Hugo Ramirez, through his counsel Scott L. Tedmon, and defendant Jayson Edwards, through his counsel Mark Reichel, hereby stipulate that the current briefing schedule be vacated and the following briefing schedule be adopted. Scott L. Tedmon, counsel for defendant Hugo Ramirez, needs additional time to research and investigate this matter, confer with his client and prepare any motion to be filed. The proposed briefing schedule is as follows:

      Defendants shall file and serve all motions by September 21, 2005.

      Government's response shall be filed and served by October 5, 2005.

      Defendants reply shall be filed and served by October 19, 2005.

      The non-evidentiary hearing date on motions shall be November 2, 2005 at 9:00 a.m.

      If necessary, any subsequent evidentiary hearing date shall be set at the November 2, 2005

- 1 -

1  court appearance. Sally Hoover has approved the November 2, 2005 hearing date. No trial date has
2  been set in this case.

### SPEEDY TRIAL ACT - EXCLUSION OF TIME

4    The parties stipulate that time should be excluded through November 2, 2005 under the Speedy Trial Act based on the needs of counsel to prepare for any motion. 18 U.S.C. §3161(h)(8)(B)(iv); Local Code T4. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

9    Finally, Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: August 2, 2005              McGREGOR W. SCOTT
                                    United States Attorney

                                     /s/ Matthew D. Segal
                                    MATTHEW D. SEGAL
                                    Assistant U.S. Attorney

DATED: August 2, 2005              LAW OFFICES OF SCOTT L. TEDMON

                                     /s/ Scott L. Tedmon
                                    SCOTT L. TEDMON
                                    Attorney for Hugo Ramirez

DATED: August 2, 2005              FEDERAL DEFENDER'S OFFICE

                                     /s/  Mark Reichel
                                    MARK REICHEL
                                    Attorney for Jayson Edwards

///
///
///
///
///
///
///

**ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY ORDERED that the amended briefing schedule set forth above is hereby adopted.

Based upon the above stipulation, IT IS FURTHER ORDERED that time be excluded under the Speedy Trial Act for needs of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(iv), Local Code T4, through November 2, 2005, the date of the hearing on the motions. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

**IT IS SO ORDERED.**

DATED: August 2, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE