LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 227
Sacramento, California 95814
Telephone: (916) 441-4540

Attorney for Defendant
HUGO RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                      )
            Plaintiff,                )   No. Cr. S-05-0090 WBS
                                      )
                                      )   STIPULATED BRIEFING SCHEDULE
      v.                              )   AND [PROPOSED] ORDER AND
                                      )   EXCLUSION OF TIME
                                      )
HUGO RAMIREZ, et al.                  )
                                      )
            Defendants.               )
_____)

      The United States of America, through Assistant U.S. Attorney Matthew D. Segal, defendant Hugo Ramirez, through his counsel Scott L. Tedmon, and defendant Jayson Edwards, through his counsel Mark Reichel, hereby stipulate that the current briefing schedule be vacated and the following briefing schedule be adopted. Counsel for defendant Ramirez has timely filed his defense motions. Counsel for the government needs additional time to prepare his response to the defense motions. Counsel for defendant Ramirez will need adequate time to reply to the government's response. The proposed briefing schedule is as follows:

      Government's response shall be filed and served by December 14, 2005.

      Defendants reply shall be filed and served by January 4, 2006.

      The non-evidentiary hearing date on motions shall be January 11, 2006 at 9:00 a.m.

      If necessary, any subsequent evidentiary hearing date shall be set at the January 11, 2006

court appearance. Sally Hoover has approved the foregoing schedule. No trial date has been set in this case.

**SPEEDY TRIAL ACT - EXCLUSION OF TIME**

The parties stipulate that time should be excluded through January 11, 2006 under the Speedy Trial Act based on the needs of counsel to prepare for any motion. 18 U.S.C. §3161(h)(8)(B)(iv); Local Code T4. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Finally, Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: December 7, 2005         McGREGOR W. SCOTT
                                United States Attorney

                                 /s/ Matthew D. Segal
                                MATTHEW D. SEGAL
                                Assistant U.S. Attorney

DATED: December 7, 2005         LAW OFFICES OF SCOTT L. TEDMON

                                 /s/ Scott L. Tedmon
                                SCOTT L. TEDMON
                                Attorney for Hugo Ramirez

DATED: December 7, 2005         FEDERAL DEFENDER'S OFFICE

                                 /s/ Mark Reichel
                                MARK REICHEL
                                Attorney for Jayson Edwards

///
///
///
///
///
///
///

1 **ORDER**

2   GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY
3 ORDERED that the briefing schedule set forth above is hereby adopted.
4   Based upon the above stipulation, IT IS FURTHER ORDERED that time be excluded under
5 the Speedy Trial Act for needs of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(iv), Local
6 Code T4, through January 11, 2006, the date of the hearing on the motions.  The Court finds that
7 the interests of justice served by granting this continuance outweigh the best interests of the public
8 and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

9   **IT IS SO ORDERED.**

10 DATED: December 9, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE