LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 227
Sacramento, California 95814
Telephone: (916) 441-4540

Attorney for Defendant
HUGO RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                                )<br>           Plaintiff,                           )<br>                                                                )<br>   v.                                                        )<br>                                                                )<br>                                                                )<br>HUGO RAMIREZ, et al.                    )<br>                                                                )<br>           Defendants.                      )<br>_____) | No. Cr. S-05-0090 WBS<br><br>STIPULATED BRIEFING SCHEDULE AND [PROPOSED] ORDER AND EXCLUSION OF TIME |

   The United States of America, through Assistant U.S. Attorney Matthew D. Segal, defendant Hugo Ramirez, through his counsel Scott L. Tedmon, and defendant Jayson Edwards, through his counsel Rachelle Barbour, hereby stipulate that the current briefing schedule be vacated and the following briefing schedule be adopted. Counsel for defendant Ramirez has timely filed his defense motions. Counsel for the government has filed his response to the defense motions. Counsel for defendant Ramirez will need additional time to reply to the government's response. The proposed briefing schedule is as follows:

   Defendants reply shall be filed and served by January 18, 2006.

   Government's sur reply shall be filed and served by January 25, 2006

   The non-evidentiary hearing date on motions shall be February 2, 2006 at 2:00 p.m.

   If necessary, any subsequent evidentiary hearing date shall be set at the February 2, 2006

- 1 -

court appearance. Sally Hoover has approved the foregoing schedule. No trial date has been set in this case.

### SPEEDY TRIAL ACT - EXCLUSION OF TIME

The parties stipulate that time should be excluded through February 2, 2006 under the Speedy Trial Act based on the needs of counsel to prepare for motions. 18 U.S.C. §3161(h)(8)(B)(iv); Local Code T4. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Finally, Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: January 3, 2006          McGREGOR W. SCOTT
                                United States Attorney

                                  /s/ Matthew D. Segal
                                MATTHEW D. SEGAL
                                Assistant U.S. Attorney

DATED: January 3, 2006          LAW OFFICES OF SCOTT L. TEDMON

                                  /s/ Scott L. Tedmon
                                SCOTT L. TEDMON
                                Attorney for Hugo Ramirez

DATED: January 3, 2006          FEDERAL DEFENDER'S OFFICE

                                  /s/ Rachelle Barbour
                                RACHELLE BARBOUR
                                Attorney for Jayson Edwards

///
///
///
///
///
///
///

1 **ORDER**

2     GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY
3 ORDERED that the briefing schedule set forth above is hereby adopted.

4     Based upon the above stipulation, IT IS FURTHER ORDERED that time be excluded under
5 the Speedy Trial Act for needs of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(iv), Local
6 Code T4, through February 2, 2006, the date of the hearing on the motions.  The Court finds that
7 the interests of justice served by granting this continuance outweigh the best interests of the public
8 and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

9     **IT IS SO ORDERED.**

_(signature)_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DATED: January 6, 2006