WILLIAM L. OSTERHOUDT, ESQ. (SBN043021)
DOLORES T. OSTERHOUDT (SBN 215537)
LAW OFFICES OF WILLIAM OSTERHOUDT
135 Belvedere Street
San Francisco, CA 94117
Telephone: (415) 664-4600
Osterhoudt@aol.com

Attorneys for Defendant
HUGO RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>HUGO RAMIREZ, et al.,<br><br>        Defendants. | **No. CR S-05-0090 FCD**<br><br>**STIPULATION AND ORDER ADJUSTING BRIEFING SCHEDULE** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, Matthew Segal, Assistant United States Attorney, attorney for plaintiff United States of America, and William Osterhoudt, Esq., attorney for defendant Hugo Ramirez, that the presently set briefing and motions schedule shall be adjusted as follows :

  1. Ramirez shall file further briefing and motions on or before April 23, 2007.

  2. The Government shall file responsive pleadings on or before May 21, 2007.

The briefing schedule will otherwise remain the same. Defense replies are due, as currently scheduled, on May 29, 2007, with a motion hearing date on June 22, 2007 at 2:00pm.

///

---

Stipulation and Order Adjusting Briefing Schedule
[No.CR-S-05-0090(FCD)]

1

Respectfully submitted,

Dated: April 11, 2007

/s/ Matthew Segal (with consent)
MATTHEW SEGAL
Assistant United States Attorney

/s/ William L. Osterhoudt (signature on file)
WILLIAM L. OSTERHOUDT
Attorney

## ORDER

Pursuant to stipulation of the parties, and good cause appearing, the Court hereby adopts the parties' stipulation in its entirety as the Court's findings and its order.

DATED: April 11, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stipulation and Order Adjusting Briefing Schedule
[No.CR-S-05-0090(FCD)]

2