MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR S-05-0090 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND |
| | ) | ORDER REVISING BRIEFING AND |
| HUGO RAMIREZ, | ) | HEARING DATES |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   The United States and the Defendant stipulate and agree that the following briefing schedule is appropriate for the Defendant's pending Motion to Suppress Statements, Motion for Disclosure of Jury Lists, and Motion to Suppress Fruits of Warrantless Search:

   June 18, 2007: United States files memoranda in opposition

   July 9, 2007:  Defendant files memoranda in reply

   July 30, 2007: Motions hearing

//
//
//
//
//

The United States and the Defendant request that the Court set briefing and hearing dates for the Defendant's Motion in Limine once the Court sets a date for other motions in limine.

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney


DATED: June 5, 2007           By:    /s/ Matt Segal
                                     MATTHEW D. SEGAL
                                     Assistant U.S. Attorney


DATE:   June 5, 2007                 /s/ William Osterhoudt by MDS
                                     WILLIAM OSTERHOUDT
                                     Attorney for Defendant Ramirez


**IT IS SO ORDERED.**

DATE: June 7, 2007


_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE