WILLIAM L. OSTERHOUDT, ESQ. (SBN043021)
DOLORES T. OSTERHOUDT (SBN 215537)
LAW OFFICES OF WILLIAM OSTERHOUDT
135 Belvedere Street
San Francisco, CA 94117
Telephone: (415) 664-4600
Osterhoudt@aol.com

Attorneys for Defendant
HUGO RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>    Plaintiff, <br><br>    vs. <br><br> HUGO RAMIREZ, et al., <br><br>    Defendants. | ) **No. CR S-05-0090 FCD** <br> ) <br> ) <br> ) **STIPULATION AND ORDER** <br> ) **CONTINUING SENTENCING DATE** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

   IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, Matthew Segal, Assistant United States Attorney, attorney for plaintiff United States of America, and William Osterhoudt, Esq., attorney for defendant Hugo Ramirez, that the presently set sentencing date of December 3, 2007, shall be continued to January 8, 2008 at 10:00 a.m.

   The reason for this continuance is to enable the defense to effectively prepare for sentencing proceedings in this matter, which involve a number of significant issues that the parties will have to address.

//

//

---

Stipulation and Order Continuing Sentencing Date
[No.CR-S-05-0090(FCD)]

1

                                                Respectfully submitted,

Dated: October 16, 2007

                                                /s/ Matthew Segal (with consent)
                                                MATTHEW SEGAL
                                                Assistant United States Attorney

                                                /s/ William L. Osterhoudt (signature on file)
                                                WILLIAM L. OSTERHOUDT
                                                Attorney

      IT IS SO ORDERED.

DATED: October 17, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

Stipulation and Order Continuing Sentencing Date
[No.CR-S-05-0090(FCD)]