| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | MATTHEW D. SEGAL<br>Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2708 |

**FILED**

NOV -7 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   CR. NO. S-05-90 FCD
                                    )
            Plaintiff,              )
                                    )   [PROPOSED] ORDER TO DISCLOSE
      v.                            )   GRAND JURY MATERIAL SUBJECT
                                    )   TO CERTAIN RESTRICTIONS
HUGO L. RAMIREZ,                    )
                                    )
            Defendant.              )
_____)

   This Order and the United States' application for this Order are ordered filed in the public record. The attachments will remain lodged with the Court under seal.

   The United States may allow the Probation Officer and the attorney for the Defendant to examine transcripts of the witnesses called to the Grand Jury on February 2, 2006 at 1:13 p.m. and on March 2, 2006 at 12:36 p.m..

   No person who views the transcripts pursuant to this Order may reproduce or receive a copy of either transcript. Fed. R. Crim. P. 6(e)(3)(E)(i).

DATE: NOV - 7 2007

_____
HON. FRANK C. DAMRELL
U.S. District Judge