WILLIAM L. OSTERHOUDT, ESQ. (SBN043021)
DOLORES T. OSTERHOUDT (SBN 215537)
LAW OFFICES OF WILLIAM OSTERHOUDT
135 Belvedere Street
San Francisco, CA 94117
Telephone: (415) 664-4600
Osterhoudt@aol.com

Attorneys for Defendant
HUGO RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>HUGO RAMIREZ, et al.,<br><br>    Defendants. | No. CR S-05-0090 FCD<br><br>**STIPULATION AND ORDER REGARDING SCHEDULE FOR RELATED SENTENCING MATTERS** |

On October 17, 2007, the Court granted the parties request to continue the judgment and sentence date to January 8, 2008 at 10:00 am. By the foregoing, the parties hereby stipulate that the schedule for the related sentencing matters be as follows:

| | |
|---|---:|
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | December 31, 2007 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | December 26, 2007 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | December 17, 2007 |
| The Presentence Report Draft shall be filed with the Court and disclosed to counsel no later than: | December 4, 2007 |

---

Stipulation and Order Regarding Schedule For Related Sentencing Matters
[No.CR-S-05-0090(FCD)]

1

Respectfully submitted,

Dated: November 7, 2007

/s/ Matthew Segal (with consent)
MATTHEW SEGAL
Assistant United States Attorney

/s/ William L. Osterhoudt (signature on file)
WILLIAM L. OSTERHOUDT
Attorney

**ORDER**

Pursuant to stipulation of the parties, and good cause appearing therefrom, the Court hereby adopts the parties' stipulation in its entirety as the Court's findings and its order.

DATED: November 9, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

Stipulation and Order Regarding Schedule For Related Sentencing Matters [No.CR-S-05-0090(FCD)]