WILLIAM L. OSTERHOUDT, ESQ. (SBN043021)
DOLORES T. OSTERHOUDT (SBN 215537)
LAW OFFICES OF WILLIAM OSTERHOUDT
135 Belvedere Street
San Francisco, CA 94117
Telephone: (415) 664-4600
Facsimile:  (415) 664-4691
Osterhoudt@aol.com

Attorneys for Defendant,
HUGO RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>HUGO RAMIREZ, et al.,<br><br>    Defendants. | **No. 2:05-cr-0090 FCD**<br><br>**STIPULATION AND ORDER REGARDING SCHEDULE FOR SENTENCING MATTERS** |

Defendant Hugo Ramirez is currently scheduled for judgment and sentencing on January 8, 2008 at 10:00 a.m. By the foregoing, the parties hereby stipulate that the sentencing date be continued to January 28, 2008 at 10:00 a.m., and the schedule for the filing of sentencing documents be amended as follows:

| | |
|---|---|
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | January 22, 2008 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | January 14, 2008 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | December 31, 2007 |

Stipulation and Order Regarding Schedule For Related Sentencing Matters
[No.CR-S-05-0090(FCD)]

1

The reason for this request is that the Draft Pre-Sentence Report was only disclosed to defense counsel on December 13, 2007. The foregoing stipulation therefore would give counsel time to consider and respond to the draft report, and would adequately accommodate the Probation Officer's holiday schedule.

Respectfully submitted,

Dated: December 17, 2007

/s/ Matthew Segal (with consent)
MATTHEW SEGAL
Assistant United States Attorney

/s/ William L. Osterhoudt (signature on file)
WILLIAM L. OSTERHOUDT
Attorney

## ORDER

Pursuant to stipulation of the parties, and good cause appearing, the Court hereby adopts the parties' stipulation in its entirety as the Court's findings and its order.

IT IS SO ORDERED.

Dated: December 18, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE