UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUGO LUIS RAMIREZ,<br><br>Defendant. | No. 2:05-CR-00090-MCE<br><br>**ORDER** |

Presently before the Court is Defendant Hugo Luis Ramirez's Motion to Reduce Sentence (ECF No. 287). There being no legal justification for granting that Motion, it is hereby DENIED.

IT IS SO ORDERED.

Dated: November 28, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1