UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUGO LOUIS RAMIREZ,<br><br>Defendant. | No. 2:05-CR-00090-MCE<br><br><br><br>**ORDER** |

No sufficient cause having been shown, Defendant Hugo Louis Ramirez's Motion for Authorization to Proceed Under 28 U.S.C. § 2255(B) to Vacate, Set Aside, or Correct Sentence (ECF No. 295) is DENIED.

IT IS SO ORDERED.

Dated: May 29, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1