UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUGO LUIS RAMIREZ,<br><br>Defendant. | No. 2:05-cr-00090-MCE<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE REQUEST TO SEAL** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Defendant Hugo Luis Ramirez's Ex Parte Request to Seal medical records in support of the concurrently filed motion to vacate sentence be granted so that the medical information is not available on the public docket. The records are to be provided to the Court and opposing counsel.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in Defendant's Request, sealing Defendant's medical records serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by Defendant would be harmed. In light of the public filing of its Notice to Seal, the Court further finds that there are no additional

///

alternatives to sealing Defendant's medical records that would adequately protect the compelling interests identified by Defendant.

IT IS SO ORDERED.

Dated:  December 8, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE