McGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:05-CR-00090-MCE |
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); FINDINGS AND ORDER |
| v. | |
| HUGO LOUIS RAMIREZ, | |
| Defendant. | |

## STIPULATION

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1.      The defendant filed a motion for compassionate release on December 2, 2020. Docket No. 297. Pursuant to Local Rule, the government's response is due on December 9, 2020, with any reply from the defendant due on December 12, 2020.

2.      Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3.      Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

a)      The government's response to the defendant's motion to be filed on or before December 22, 2020;

STIPULATION RE BRIEFING SCHEDULE                    1

b)      The defendant's reply to the government's response to be filed on or before December 29, 2020.

IT IS SO STIPULATED.

Dated:  December 9, 2020                        McGREGOR W. SCOTT
United States Attorney

/s/ MATTHEW D. SEGAL
MATTHEW D. SEGAL
Assistant United States Attorney

Dated:  December 9, 2020                        /s/ SANDRA GILLIES
SANDRA GILLIES
Counsel for Defendant
HUGO LOUIS RAMIREZ

## FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a)      The government's response to the defendant's motion, Docket No. 297, is due on or before December 22, 2020;

b)      The defendant's reply to the government's response, if any, is due on December 29, 2020.

IT IS SO ORDERED.

Dated:  December 11, 2020

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE