Sandra Gillies
Attorney at Law
SBN 88665
P.O. Box 1515
Woodland, CA 95776
530 666-1908
Sandra-gillies@outlook.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:05-cr-00090 MCE |
|---|---|
| Plaintiff, | **STIPULATION AND PROPOSED ORDER TO EXTEND THE TIME FOR FIILNG THE REPLY** |
| v. | |
| HUGO LUIS RAMIREZ, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. Ramirez filed a motion for compassionate release on December 2, 2020.  ECF No. 297.

2. The parties stipulated and the court ordered that the government's opposition would be filed December 22, with Ramirez' reply due on December 29, 2020.

3. The government filed its opposition on December 22.  ECF No. 303.

United States v. Ramirez, 2:05-cr-00090 MCE
Stipulation and Order

1

4. Ramirez requests an additional two weeks, up to and including January 12, 2021, to file his reply. The government does not oppose the request.

Accordingly, by this stipulation, the parties ask the Court to extend the time for filing the reply to January 12, 2021.

IT IS SO STIPULATED.

Dated: December 28, 2020

MCGREGOR W. SCOTT United States Attorney
/s/ MATTHEW D. SEGAL
MATTHEW D. SEGAL Assistant United States Attorney

Dated: December 28, 2020

/s/ SANDRA GILLIES
SANDRA GILLIES Counsel for Defendant HUGO LOUIS RAMIREZ

**ORDER**

Based upon the stipulation and representations of the parties, the Court extends the time for filing the reply to January 12, 2021.

IT IS SO ORDERED.

Dated:  December 29, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE